FILED IN CLERKS OFFICE
JUN 9 '25 PM 3:21 USDC MA

Sina Esmaeli
246792070

**Hostage by department of homeland security office of immigration and customs enforcement**

**TO: department of justice**
**Federal district court**

Honorable Federal Court Judge.
I am an Iranian citizen and am in US immigration detention. I intend to file a formal complaint against a translator.
In my immigration case, the Department of Homeland Security has presented 7 of my phone conversations as evidence against me.
These calls were translated from Persian to English by someone, but after reviewing the evidence, I found many errors from the translator, and sometimes the translated text is very different from my original speech in the phone conversations.
I believe the translator is clumsy and unskilled, and I intend to present this evidence to the federal court.
I believe that the translator committed numerous violations in the translation, including mistranslation, false accusations, false testimony, evidence fabrication,
false statements, and perhaps other violations of which I am unaware.
I want this complaint to be investigated in federal court against this person and I want the interpreter's license to be revoked, legal action taken against him, and
compensation to be paid.
I believe that the translator not only lacks fluency in Persian, but also that his fluency in English is questionable.
Mistranslation, perjury, fabrication, false and misleading statements, and the provision of false information by the translator have caused great harm to my case, and the
number of errors is very significant and unusual for this number of errors to be made by one individual.
I want legal punishment for this person and I also intend to seek compensation for the punishment of the other person and I want
payment for damages and after proving the errors and perhaps if I can gather the necessary evidence, I can prove a charge of
collusion for evidence.
I am requesting compensation for medical treatment, attorney fees, and incidental damages.
I don't know which legal form I should submit to the court, and please send me the necessary forms.

I ADD C OPY OF MY PASSPORT WITH THIS LETTERS.


I need open case against:
Violette Hovsepian
Lionbridge
890 winter St ,#225
Waltham , MA 02451


**SINA ESMAELI**
246792070
05/4/2025

signatures

Pay attention: my English is very limited and this possible to use incorrect words, I trying to transfer means.